**E-Filed 8/26/09**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAHIB HASSAN,<br><br>        Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL NATIONAL BANK; J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION; and DOES 1-10, inclusive,<br><br>        Defendants.<br>_____/ | Case No. 5:09-CV-2807-RS<br><br>**ORDER SETTING CONSENT/DECLINATION DEADLINE** |

      Defendant J.P. Morgan Chase Bank, N.A., has filed a motion to dismiss, docket [5] in the above-captioned matter. This motion is noticed for hearing on **October 14, 2009, at 9:30 a.m.**

      In accordance with Civil Local Rule 73-1, all parties are directed to file their consents or declinations to magistrate jurisdiction no later than **September 25, 2009**.

CASE NO. 5:09-CV-2807-RS
ORDER SETTING CONSENT/DECLINATION DEADLINE

1    IT IS SO ORDERED.

2

3  Dated:    8/26/09

     _____
4    RICHARD SEEBORG
     UNITED STATES MAGISTRATE JUDGE

CASE NO. 5:09-CV-2807-RS
ORDER SETTING CONSENT/DECLINATION DEADLINE

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED\* TO:**

David C. Scott                              dscott@mccarthyholthus.com

Matthew Edward Podmenik        lrodriguez@mccarthyholthus.com

**AND A HARD COPY OF THIS ORDER WAS MAILED TO:**

Sahib Hassan
350 Vista Ridge Drive
Milpitas, CA 95035


DATED:  8/26/09

                                                /s/ Chambers Staff
                                                Chambers of Magistrate Judge Richard Seeborg